IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JERRY ADAM CROCKER, #222107,          )
                                      )
           Plaintiff,                 )
                                      )
vs.                                   )     CASE NO. 2:14cv762-WHA
                                      )
ROBERT BENTLEY, et al.,               )                (WO)
                                      )
           Defendants.                )

**<u>FINAL JUDGMENT</u>**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Jerry

Adam Crocker, and this case is DISMISSED without prejudice.

DONE this 30th day of September, 2014.


                              /s/  W. Harold Albritton
                              W. HAROLD ALBRITTON
                              SENIOR UNITED STATES DISTRICT JUDGE